ANOUSH HAKIMI (State Bar No. 228858)
anoush@handslawgroup.com
PETER SHAHRIARI (State Bar No. 237074)
peter@handslawgroup.com
**LAW OFFICE OF HAKIMI & SHAHRIARI**
7080 Hollywood Blvd., Suite 804
Los Angeles, CA 90028

Telephone: (323) 672 - 8281
Facsimile: (213) 402 - 2170

Attorneys for Plaintiff,
**SHAMAR JACKSON**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAMAR JACKSON,<br><br>    Plaintiff,<br><br>    v.<br><br>AMERCO REAL ESTATE COMPANY, A NEVADA COMPANY; AND DOES 1-10,<br>    Defendants. | Case No.: 2:20-cv-00274-RGK-MAA<br><br>**JOINT STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AGAINST ALL DEFENDANTS**<br><br>[Fed. R. Civ. P. Rule 41(a)(1)(A)(ii)] |

293824.1   JOINT STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AGAINST ALL DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Shamar Jackson and Defendant Amerco Real Estate Company, by and through their undersigned counsel, hereby stipulate to the dismissal of the above-styled action with prejudice. Each party shall bear its own costs, expert/consultant fees, and attorney's fees.

**IT IS SO STIPULATED.**

Dated: March 18, 2020  **H&S LAW GROUP**

By: /s/ Anoush Hakimi
     Anoush Hakimi, Esq.
     Attorneys for Plaintiff,

Dated: March 18, 2020  **BAUTE CROCHETIERE HARTLEY & VELKEI LLP**

By: /s/ Ryan T. McCoy
     Ryan T. McCoy
     Attorney for Defendant, Amerco Real Estate Company

293824.1   JOINT STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AGAINST ALL DEFENDANTS